IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICKY T. MADRID and
RALPH RIOS,

      Plaintiffs,

v.                                                          No. 12-cv-0073 GBW/SMV

BOARD OF COUNTY COMMISSIONERS
OF DOÑA ANA COUNTY and
TODD GARRISON,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Vacate Settlement Conference [Doc. 45], filed on August 8, 2012. Plaintiffs request that the settlement conference, currently set for August 22, 2012, be vacated. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Unopposed Motion to Vacate Settlement Conference [Doc. 45] is **GRANTED.** The Amended Order Setting Settlement Conference [Doc. 44] and the concomitant August 22, 2012 settlement conference are hereby **VACATED**.

      IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**