IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICKY T. MADRID and
RALPH RIOS,

    Plaintiffs,

v.                                                                          No. 12-cv-0073 GBW/SMV

BOARD OF COUNTY COMMISSIONERS
OF DOÑA ANA COUNTY and
TODD GARRISON,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    Tuesday, August 21, 2012 at 1:30 p.m.

**Matter to be heard**:  Scheduling the settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Tuesday, August 21, 2012, at 1:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.  Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                       **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**