**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**RICKY T. MADRID and**
**RALPH RIOS,**

    **Plaintiffs,**

v.                                                                                 **No. 12-cv-0073 GBW/SMV**

**BOARD OF COUNTY COMMISSIONERS**
**OF DOÑA ANA COUNTY and**
**TODD GARRISON,**

    **Defendants.**

**SECOND AMENDED ORDER SETTING SETTLEMENT CONFERENCE**

THIS MATTER is before the Court on a telephonic scheduling conference, held on August 21, 2012. To facilitate a final disposition of this case, a mandatory Settlement Conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on **October 10, 2012, at 10:00 a.m.** in the Organ Courtroom, fourth floor, United States Courthouse, 100 North Church Street, Las Cruces, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person. Those attending the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1] *See generally Hand v. Walnut Valley Sailing Club*, No. 11-3228, 2012 WL 1111137 (10th Cir. Apr. 2, 2012) (unpublished) (affirming dismissal of case as sanction for violating confidentiality of

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

settlement conference).

No later than **Wednesday, September 26, 2012**, Plaintiffs shall serve on Defendant a letter setting forth at least the following information: (a) a brief summary of the evidence and legal principles that Plaintiffs assert will allow them to establish liability; (b) a brief explanation of why damages or other relief would be warranted; (c) an itemization of the principles supporting those damages; and (d) a settlement demand.  No later than **Monday, October 1, 2012**, Defendant shall serve on Plaintiffs a letter that sets forth at least the following information: (a) any points in Plaintiffs' letter with which the defense agrees; (b) any points in Plaintiffs' letter with which the defense disagrees, with references to supporting evidence and legal principles; and (c) a counteroffer.[2]  If a release is contemplated, defense counsel shall include a proposed form of release with the letter.  Each of these letters typically should be five pages or fewer, and counsel must ensure that each party reads the opposing party's letter before the Settlement Conference.  If the case does not settle, Plaintiffs shall provide copies of these letters to the Court no later than **5:00 p.m. on Wednesday, October 3, 2012**.

No later than **5:00 p.m. on Wednesday, October 3, 2012**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case.  Position statements must be submitted to the Court by e-mail at **VidmarChambers@nmcourt.fed.us**.[3]

Furthermore, if any party has in its possession any video or audio recording of the incident

---

[2] If the parties have engaged in settlement negotiations, Plaintiffs' demand should be lower than Plaintiffs' most recent demand, and Defendant's counteroffer should be higher than Defendant's most recent counteroffer.

[3] Each e-mail message and its attachments cannot exceed 5 MB.  Data exceeding 5 MB should be submitted in individual e-mail messages, each less than 5 MB.

upon which this action is based, that party must submit a copy of the recording to the Court no later than **5:00 p.m. on Wednesday, October 3, 2012**.

The Settlement Conference will not be vacated or rescheduled except upon motion and for good cause shown. Any motion to vacate or reschedule the Settlement Conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the Settlement Conference.

**IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Plaintiffs' letter and settlement demand due to Defendant:** | Wednesday, September 26, 2012 |
| **Defendant's letter and counteroffer due to Plaintiffs:** | Monday, October 1, 2012 |
| **Plaintiffs provide copies of settlement letters to the Court by:** | Wednesday, October 3, 2012, by 5:00 p.m. |
| **Parties' confidential position statements due to the Court:** | Wednesday, October 3, 2012, by 5:00 p.m. |
| **Settlement Conference:** | Wednesday, October 10, 2012 at 10:00 a.m. |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**