**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**RICKY T. MADRID and**
**RALPH RIOS,**

    **Plaintiffs,**

v.                                                                      No. 12-cv-0073 GBW/SMV

**BOARD OF COUNTY COMMISSIONERS**
**OF DOÑA ANA COUNTY,**
**and TODD GARRISON,**

    **Defendants.**

**ORDER GRANTING JOINT MOTION**
**TO EXTEND EXPERT-RELATED DISCOVERY DEADLINES**

THIS MATTER having come up on the Parties' Joint Motion to Extend Expert-Related Discovery Deadlines [Doc. 53]. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Parties' Joint Motion to Extend Expert-Related Discovery Deadlines [Doc. 53] is **GRANTED**, and the Scheduling Order [24] is amended to reflect the following changes:

The deadline for Plaintiffs' disclosures regarding expert witnesses and production of expert reports is extended from September 7, 2012, to **November 1, 2012**. The deadline for all other parties' disclosures regarding expert witnesses and production of expert reports is extended from October 8, 2012, to **December 3, 2012**. The deadline for discovery, only as it relates to experts, is extended until **January 15, 2013**.

All other deadlines from the Scheduling Order [Doc. 24] remain in place pending further order of the Court.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**