UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICKY T. MADRID and**
**RALPH RIOS,**

    Plaintiffs,

                                                                              No. 12-cv-0073 GBW/SMV

v.

**BOARD OF COUNTY COMMISSIONERS**
**OF DOÑA ANA COUNTY, NEW MEXICO**
**and TODD GARRISON,**

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES TO CONDUCT TWO DEPOSITIONS

THIS MATTER is before the Court on the Parties' Joint Motion to Extend the Discovery Deadline to Conduct Two Depositions [Doc. 58]. The parties request that discovery be extended until November 13, 2012, in order to conduct the depositions of two potential witnesses: (1) Amy Orlando and (2) Vicki Lusk. The Court, having considered the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the deadline for the parties to conduct the depositions of Amy Orlando and Vicki Lusk is extended to November 13, 2012.

**IT IS FURTHER ORDERED** that all other deadlines remain in place.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**