# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**RICKY T. MADRID and**
**RALPH RIOS,**

    **Plaintiffs,**

**v.**                                                                                    **No. 12-cv-0073 GBW/SMV**

**BOARD OF COUNTY COMMISSIONERS OF DONA**
**ANA COUNTY and**
**TODD GARRISON, individually and in his official**
**capacity,**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on October 10, 2012.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **November 13, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                        _____
                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**